AO 442 (Rev. 11/11) Arrest Warrant   AUSA Frank E. Dahl III, 101 NW ML King, Jr. Blvd., Suite 250, Evansville, IN

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MADISON BROWN<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:18-cr-00080-RLY/MPB-09 |

**FILED**
MAR 08 2019
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MADISON BROWN (09),

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☒ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: Conspiracy to Distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846

Count Four: Make Materially False Statement in Connection with Acquisitions of Firearms – Straw Purchase, in violation of Title 18, United States Code, Section 2 and 922(a)(6)

Date: 2/27/19

*Issuing officer's signature*

City and state:   Evansville, Indiana   Laura A. Briggs, Clerk, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2-27-19 , and the person was arrested on *(date)* ___
at *(city and state)* Evansville, IN

Date: 3-8-19

*Arresting officer's signature*

PC Filson, IDUSM
*Printed name and title*

RECEIVED 2019 FEB 27 PM 3:29 U.S. MARSHALS SERVICE SOUTHERN DISTRICT INDIANA